IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

J. BRIAN FERGUSON                                                                 TRUSTEE/APPELLANT

V.                                           CASE NO. 5:22-CV-5245

JAIME CASTILLO TORRES                                                           DEBTOR/APPELLEE

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that the bankruptcy court's conclusion as to the rural character of the Homestead is **AFFIRMED**.

**IT IS SO ORDERED AND ADJUDGED** on this 29th day of September, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE